Judson H. Henry, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
660 Auburn Folsom Road, Suite 202
Auburn, CA  95603
Ph.: (530) 889-8449
Fax: (530) 889-2639
E-mail:  jhhenry2000@yahoo.com

[Proposed] Attorney for Debtor-in-possession Sarah Ann Garlick

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>    SARAH ANN GARLICK,<br><br>         Debtors in Possession | Case No.:   2011-40365<br>DC No.:     JHH-1<br><br>Date:           December 11, 2012<br>Time:          9:32 a.m.<br>Courtroom No.: 32<br>Judge:         Hon. Thomas Holman<br><br>United States Courthouse<br>501 I Street, 6th Floor<br>Sacramento, CA  95814 |

**NOTICE OF HEARING ON MOTION TO INITIATE STAY [11 U.S.C. § 362(c)(4)(B)]**

**PLEASE TAKE NOTICE** that SARAH ANN GARLICK (the "Debtor") has filed a motion seeking an order that initiates the stay provided under 11 U.S.C. § 362.  Debtors has grounds and brings this motion under statutory authority provided by 11 U.S.C. § 362(c)(4)(B). This motion is made pursuant to 11 U.S.C. § 362(c)(4)(B) as well as, to any extent deemed necessary, pursuant to 11 U.S.C. § 105.

If you do not want the Court to grant this Motion, or if you want the Court to consider your views on this Motion, you or your attorney must attend **the hearing scheduled to be held on December 11, 2012 at 9:32 a.m., United States Bankruptcy Court, 501 I Street, Courtroom 32 (Sixth Floor), Sacramento, California 95814, before the Honorable Thomas Holman.**  The Court permits telephone appearances, and in order to appear by phone you must

//

contact Court Call at (888) 882-6878, and you should do so not later than twenty-four hours before the hearing. Court Call charges a fee for telephone appearances.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

It is recommended that you review all pleadings filed in support of the Motion, which may be obtained on-line at www.caeb.uscourts.gov), from the undersigned upon written request, of from the Bankruptcy Court, at address:

> U.S. Bankruptcy Court
> 501 I Street, 3rd Floor, Suite 3-200
> Sacramento, CA 95814

This motion is brought pursuant to Eastern District of California Local Rule 9014-1(f)(2). Opposition to the motion, if any, shall be presented at the hearing at the date, time, and place indicated above. In such event, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs. If you do not appear at the hearing, the Court may decide that you do not oppose the relief requested, and may grant the relief requested without further hearing. **No written opposition is required**.

Not all information regarding the Motion or the above-captioned bankruptcy case is set forth in this notice, and interested parties are advised to review the Court's file at 501 I Street, Suite 3-200, Sacramento, California 95814. Further information is also available at the Court's website, www.caeb.uscourts.gov. Copies of the Motion, this notice, the supporting declaration, and other supporting documents may be obtained by contacting the undersigned.

Dated: November 27, 2012

> By: _____/s/ Judson H. Henry_____
> Judson H. Henry,
> [Proposed] Attorney for Debtor-in-possession