# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Sarah Ann Garlick | **Case No :** | 12–40365 – B – 11 |
| | | **Date :** | 12/11/12 |
| | | **Time :** | 09:32 |

**Matter :** [9] – Motion/Application to Impose Automatic Stay [JHH–1] Filed by Debtor Sarah Ann Garlick (smis)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – Judson H. Henry
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted, and the automatic stay is extended as to all creditors that were properly served with the motion.

Dated: December 11, 2012

Thomas C. Holman
United States Bankruptcy Judge