Judson H. Henry, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
660 Auburn Folsom Road, Suite 202
Auburn, CA 95603
Ph.: (530) 889-8449
Fax: (530) 889-2639
E-mail: jhhenry2000@yahoo.com

[Proposed] Attorney for Debtor-in-possession Sarah Ann Garlick

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

In re:

SARAH ANN GARLICK,

　　　　Debtors in Possession

Case No.: 2011-40365
DC No.: JHH-1

Date: December 11, 2012
Time: 9:32 a.m.
Courtroom No.: 32
Judge: Hon. Thomas Holman

United States Courthouse
501 I Street, 6th Floor
Sacramento, CA 95814

## NOTICE OF ENTRY OF ORDER ON

## MOTION TO INITIATE STAY [11 U.S.C. § 362(c)(4)(B)]

**NOTICE IS HEREBY GIVEN** that the following order has been entered on the docket for the above-captioned matter.

　　Title of Order:　　　　Civil Minute Order On Motion/Application to Impose Automatic Stay [JHH-1]

　　Order in favor of:　　　Debtor-in-possession Sarah Ann Garlick

　　Date of Docket Entry:　December 11, 2012

A copy of the order is attached hereto as Exhibit 1.

Dated: December 14, 2012

　　　　　　　　　　　　　　　By: ___/s/ Judson H. Henry_____
　　　　　　　　　　　　　　　　　　Judson H. Henry, Attorney for Sarah Garlick

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Sarah Ann Garlick | **Case No :** | 12–40365 – B – 11 |
| | | **Date :** | 12/11/12 |
| | | **Time :** | 09:32 |

**Matter :** [9] – Motion/Application to Impose Automatic Stay [JHH–1] Filed by Debtor Sarah Ann Garlick (smis)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
   Debtor(s) Attorney – Judson H. Henry
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted, and the automatic stay is extended as to all creditors that were properly served with the motion.

Dated: December 11, 2012

Thomas C. Holman
United States Bankruptcy Judge