Judson H. Henry, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
6041 Brookside Circle
Rocklin, CA  95677
Phone: (916) 899-6224
E-mail:  jhhenry2000@yahoo.com

**Attorney for Debtor-in-possession Sarah Ann Garlick**

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>　　　SARAH ANN GARLICK,<br><br>　　　　　Debtor in Possession | ) Case No.:　2012-40365<br>) DC No.:　JHH-9<br>)<br>) Date:　　　　June 11, 2013<br>) Time:　　　　1:31 p.m.<br>) Courtroom No.: 32<br>) Judge:　　　Hon. Thomas Holman<br>)<br>) United States Courthouse<br>) 501 I Street, 6th Floor<br>) Sacramento, CA  95814<br>) |

**NOTICE OF HEARING ON THE ADEQUACY OF
DISCLOSURE STATEMENT OF SARAH ANN GARLICK
DATED AND FILED APRIL 30, 2013**

**NOTICE IS HEARBY GIVEN** that SARAH ANN GARLICK, the Chapter 11 Debtor and Debtor-in-possession in the above-captioned case (the "Debtor") has filed a disclosure statement and plan of reorganization pursuant to Rule 3016 of the Federal Rules of Bankruptcy Procedure.

**NOTICE IS FURTHER GIVEN** that a hearing on the adequacy of the disclosure statement shall be conducted on **June 11, 2013 at 1:31 p.m.**, or as soon thereafter as the matter may be heard in **Department B (Courtroom 32, 6th Floor)** of the above-entitled Court, located at **501 I Street, Sacramento, California, before the Honorable Thomas Holman, United States Bankruptcy Judge.**

//

1

The plan and disclosure statement may be obtained by sending a written request to the undersigned either via facsimile, mail, or e-mail.  The Debtor asks that you provide an e-mail address with your request so that the plan and disclosure statement may be transmitted to you by e-mail.

**Your rights may be affected by the granting of the requested relief.  You should real all papers carefully and discuss them with your attorney, if you have one.  If you do not have an attorney, you may wish to consult one.**

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to approve the disclosure statement, or if you want the Court to consider your views on the disclosure statement, then you or your attorney must file and serve a written objection not less than fourteen (14) calendar days before the date set for hearing and appear at the hearing at the place and time referenced in the caption above.  Such written objection must be filed with the Bankruptcy Court and served on the undersigned at the addresses below:

| | |
|---|---|
| U.S. Bankruptcy Court | Law Office of Judson H. Henry |
| 501 I Street, 3rd Floor, Suite 3-200 | 6041 Brookside Circle |
| Sacramento, CA  95814 | Rocklin, CA  95677 |

**The last date for filing and serving objections to approval of the disclosure statement shall be not less than fourteen (14) calendar days before the hearing on approval of the disclosure statement.**

**The last date for filing and serving a reply, if any, to an objection to approval of the disclosure statement shall be not less than seven (7) calendar days before the hearing on approval of the disclosure statement.**

**NOTICE IS FURTHER GIVEN** that any opposition must specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to F.R.Civ.P. 43(e) as made applicable to F.R.Bankr.P. 9017.  If the party opposing the relief requested herein does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue.  The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute.  Failure to timely

comply with the foregoing disclosure requirements may be deemed a consent by the objecting party to the Court's resolution of disputed material factual issues pursuant to F.R.Civ.P. 43(e).

A failure to file a timely written objection may result in the disclosure statement being approved without oral argument and the striking of untimely written opposition.  Please be advised that the Court may remove the matter from the calendar and submit the matter for decision or else issue a tentative ruling.  Interested persons can ascertain which matters have been removed from calendar and can view tentative rulings by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing.

**NOTICE IS FURTHER GIVEN** that you or your attorney must take all steps referenced above and appear at the hearing at the time and place noted above.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the approval of the disclosure statement, remove the matter from the calendar and resolve it, including granting the requested relief, without oral argument.

Dated:  April 30, 2013

By:  _____/s/ Judson H. Henry_____
Judson H. Henry;
Attorney for Debtor-In-Possession

3