1  Judson H. Henry, Esq. (SBN 226743)
   LAW OFFICE OF JUDSON H. HENRY
2  6041 Brookside Circle
   Rocklin, CA  95677
3  Phone: (916) 899-6224
   E-mail:  jhhenry2000@yahoo.com
4

5  **Attorney for Debtor-in-possession Sarah Ann Garlick**

6             **IN THE UNITED STATES BANKRUPTCY COURT**

7          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

8                      **SACRAMENTO DIVISION**

9

10  In re:                              )   Case No.:   2012-40365
                                        )   DC No.:     JHH-9
11          SARAH ANN GARLICK,          )
                                        )   Date:        June 11, 2013
12              Debtor in Possession    )   Time:        1:31 p.m.
                                        )   Courtroom No.: 32
13                                      )   Judge:       Hon. Thomas Holman
                                        )
14                                      )   United States Courthouse
                                        )   501 I Street, 6th Floor
15                                      )   Sacramento, CA  95814
                                        )
16  _____    )

17                     **DECLARATION OF SERVICE**

18  Case Name and Number:              In re SARAH ANN GARLICK, Case No. 2012-40365,

19       I, JUDSON H. HENRY, declare:

20       I am an active member of the State bar of California, I am not a party to this action, and

21  my employment address is:

22                          Law Office of Judson Henry
                            6041 Brookside Circle
23                          Rocklin, CA  95677
    On April 30, 2013, I served:

24       **1.      NOTICE OF HEARING ON THE ADEQUACY OF DISCLOSURE**

25               **STATEMENT OF SARAH ANN GARLICK DATED AND FILED**

26               **APRIL 30, 2013**

27  on the parties in this action, by transmitting a true and correct copy of the foregoing document(s)

28  in the following manner:

                                        1

<u>    X    </u>    (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

Office of the United States Trustee
ATTN:   Allen Massey
501 I Street, Suite 7-500
Sacramento, CA  95814

Bank United FSB
7815 NW 148th Street
Hialeah, FL 33016

Central Mortgage Company dba Central
Mortgage Loan Servicing Company
801 John Barrow Road Suite
Little Rock, AR 72205

Deutsche Bank
1761 East Andrew Place
Santa Ana, CA 92705

Deutsche Bank National Trust Company As
Trustee for Harborview 2007-2
1761 East Andrew Place
Santa Ana, CA 92705

Discover Financial Services
502 E Market Street
Greenwood, DE 19950

Golden 1 Credit Union
P O Box 15966
Sacramento, CA 95852

Greentree Servicing LLC
P O Box 6172
Rapid City, SD 57709-6172

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, D.C. 20044

United States Attorney
(For Internal Revenue Service)
501 I Street, Suite 10-100
Sacramento, CA 95814

**Disclosure Statement – JHH-9 – Notice of Hearing – Proof of Service**
**In re Sarah Ann Garlick; Case No. 2012-40365**

1   Old Republic Default Managment Services
    a Division of Old Republic National
2   Title Insurance Company
    500 City Parkway West Suite 200
3   Orange, CA 92868-2913

4   Sacramento County Sheriff Department
    3341 Power Inn Road no 313
5   Sacramento, CA 95826-3889

6   Wells Fargo N A
    101 N Phillips Avenue
7   Sioux Falls, SD 57104

8   Sarah Ann Garlick
    360 Grand Avenue #350
9   Oakland, CA  94610

10  Jason Estavillo
    1330 Broadway, Suite 933
11  Oakland, CA 94612

12  _____ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed
    in a sealed envelope for use designated by and deposited with [name of express carrier], for
13  overnight delivery with delivery fees fully prepaid, addressed as follows:

14  _____ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each
    of the above documents, sealed in an envelope, to the offices of the following:
15
16  _____ (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be
    transmitted by facsimile device this same date to the offices of the following:

17      I, JUDSON H. HENRY, declare under penalty of perjury under the laws of the United

18  States of America that the foregoing is true and correct.

19      Dated:   April 30, 2013

20

21      By:      /s/ Judson H. Henry_____
                 Judson H. Henry, Declarant
22

23

24

25

26

27

28

3