# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Sarah Ann Garlick | **Case No :** <br> **Date :** <br> **Time :** | 12–40365 – B – 11 <br> 6/4/13 <br> 09:32 |
| **Matter :** | [93] – Motion/Application to Value Collateral of Bank United, FSB [JHH–7] (msts) | | |
| **Judge :** <br> **Courtroom Deputy :** <br> **Reporter :** <br> **Department :** | Thomas Holman <br> Sheryl Arnold <br> Diamond Reporters <br> B | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Debtor(s) Attorney – Judson H. Henry
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is denied without prejudice.

Dated: June 10, 2013

Thomas C. Holman
United States Bankruptcy Judge