# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Sarah Ann Garlick | **Case No :** | 12–40365 – B – 11 |
| | | **Date :** | 6/4/13 |
| | | **Time :** | 09:32 |

| | |
|---|---|
| **Matter :** | [98] – Motion/Application to Value Collateral of Bank of America, N.A. [JHH–8] Filed by Debtor Sarah Ann Garlick (msts) |
| **Judge :** | Thomas Holman |
| **Courtroom Deputy :** | Sheryl Arnold |
| **Reporter :** | Diamond Reporters |
| **Department :** | B |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Debtor(s) Attorney – Judson H. Henry
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is denied without prejudice.

Dated: June 10, 2013

_____
Thomas C. Holman
United States Bankruptcy Judge